**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------X  Chapter 13

IN RE: **Marc Brodsky**
**Ilene Brodsky**  Case No.: **8-10-74318**

**Debtor(s)**  **CHAPTER 13 PLAN**
---------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of __60__ months, the sum of:

   $350.00 for the month of October, 2010; and

   $__468.00__ commencing __November 2010__ through and including __September 2015__ for a period of __59__ months;

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**

_____ (mortgage holder) to be paid pre-petition arrears in the sum of $___ plus __% interest over the life of the plan.

   (c) Subsequent to distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than __18__ %(percent).**

3. All lease agreements are hereby assumed, unless specifically rejected as follows:

| Other Party | Description of Contract or Lease |
|---|---|
| **Ford Motor Credit** | **2007 Ford Explorer** |
| **GMAC** | **Lease for 2007 Saturn Automobile - Account Number: 103910809802** |

4. During the pendency of this case, the debtor(s) will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

/s/ Marc Brodsky  /s/ Ilene Brodsky
**Marc Brodsky**  **Ilene Brodsky**
Debtor  Joint Debtor

Dated: **October 22, 2010**  /s/ Barry M. Lasky, Esq.
**Barry M. Lasky, Esq.**
Attorney for Debtor